Susan Sissom
106 Eight Oaks Drive
Bastrop, Texas 78602
August 1, 2017

U. S. District Clerk's office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

RE: Case # 1:17-cv-00449-RP, *Susan Sissom v.*
*Countrywide Homes, Inc., et al*

Dear Clerk of Court:

I am noticing you about an error in Case No. 1:17:cv-00449-RP, Susan Sissom v. Countrywide Home Loans, Inc., et al, that there is an error on the docket.

I have been informed that the docket reflects James Minerve as representative counsel for me, and I am noticing you that he is not nor has he ever been counsel in this matter.

There appears to have been some error in the Bastrop District Clerk's filings which was evidentally removed to federal court, Cause No. 1:17-cv-00451-RP, in which Mr. Minerve appears as counsel.

I have never employed Mr. Minerve, have no idea about anything in Mr. Minerve's pleadings in my name, and would like the record to reflect that I am acting in my own interest in this case.

Thank you for your help.

Sincererly,

Susan Sissom

Sisson
1016 Eight Oaks Dr.
Bastrop, TX 78602

CERTIFIED MAIL
7016 2710 0000 1898 8493

U.S. District Clerk's Office
501 West Fifth St., Suite 1100
Austin, TX 78701



1000



78701

U.S. POSTAGE PAID
BASTROP, TX
78602
AUG 02, 17
AMOUNT
$7.50
R2303S102842-55

SCREENED BY CSO
AUG 03 2017

