

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| SUSAN SISSOM,<br>　　Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.<br>D/B/A AMERICA'S WHOLESALE<br>LENDER, THE BANK OF NEW YORK<br>MELLON FKA THE BANK OF NEW<br>YORK AS TRUSTEE FOR THE<br>CERTIFICATEHOLDERS CWALT,<br>INC. SERIES-18CB and MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, INC.,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 1:17-cv-00449-RP<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' MOTIONS
### FOR LACK OF JURISDICTION

COMES NOW, Susan Sissom, a woman, Plaintiff in the above styled and numbered case and files this, her Motion to Dismiss for Lack of Jurisdiction

### JURISDICTION

This Court is a court of limited jurisdiction.

This Court has no jurisdiction over the parties involved in this lawsuit. The lack of in personum or in rem jurisdiction deprives the Court of jurisdiction and the case should be dismissed from this Court.

This Court does not have jurisdiction over the parties nor the subject matter. This becomes a question of law. The Constitutional question of law is whether this Court has the authority to confiscate land in the State of Texas. Plaintiff's position is that the federal government cannot.

1

Is this Court a constitutional court? Is this Court an Article III, section 1 of the United States Constitution court with limited jurisdiction?

What Constitution authorizes this Court to exercise its authority over subject matters outside of Washington D.C.?

Is a United States District Judge required to take the United States Constitution Art. VI, Sec. 3 oath to support this Constitution? If not, then any ruling issued by the Court is unconstitutional, not binding, nor enforceable.

If the answer is yes, then this Court has only one option, and that is, to declare it has no jurisdiction.

Plaintiff does not owe Kathryn B. Davis nor WINSTON & STRAWN LLP nor any representative of Countrywide Home Loans, Inc., dba America's Wholesale Lender, The Bank of New York or Mortgage Electronic Registration Systems Inc. a debt of any kind.

Nor can they individually or collectively prove otherwise.

WHEREFORE PREMISES CONSIDERED, the Court should dismiss this suit without prejudice and remand Plaintiff's Petition to the Texas court from which it came.

Respectfully submitted,

Susan Sissom
106 Eight Oaks Drive
Bastrop, Texas 78602

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the attached document was sent by U. S. Postal Service on August 11, 2017 to:

Kathryn B. Davis
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002

*[signature]*
Susan Sissom
106 Eight Oaks Drive
Bastrop, Texas 78602



Susan Sisson
106 Eight Oaks Dr.
Bastrop, TX 78602

7016 0340 0000 0823 6895

US District Clerks Office
501 W. 5th St. Suite 1100
Austin, TX 78701

78701=3812 C006

U.S. POSTAGE PAID
AUSTIN, TX
78746
AUG 14 17
AMOUNT
$6.80
R2304E105013-17